UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AMERICAN EMPIRE SURPLUS LINES
INSURANCE COMPANY,

                Plaintiff,

-against-

LCS RESTORATION CORP.,

                Defendant.
-----------------------------------------------------------X

Docket No.: 22-cv-03334-JSR

**PROPOSED**
**DEFAULT JUDGMENT**

## DEFAULT JUDGMENT

On the below date, the Court considered the Motion for Default of plaintiff, American Empire Surplus Lines Insurance Company ("American Empire"), against defendant, LCS Restoration Corp. ("LCS"). The Court Clerk issued a Certificate of Default on May 27, 2022. After considering the Court's file, proof of service, and the grounds for judgment, as well as any evidence introduced at hearing, the Court GRANTS the Motion for Default Judgment.

Accordingly, it is

ORDERED and ADJUDGED that American Empire has judgment as follows:

- o in the amount of $250,774;
- o plus interest at 9%, calculated from April 13, 2022, until the date of judgment __6/9/22__ (date), for the sum of $__3,525.__;
- o plus $16,341 for attorneys' fees;
- o for a total sum of $ __270,640.__ against LCS; and

- o in the event that LCS fails to pay this amount, that this Court declare that American Empire has no duty to defend and/or indemnify LCS, or any other

person or entity seeking coverage under American Empire Commercial General Liability Policy No. PL2659720, for the period March 17, 2019 to March 17, 2020, relative to any occurrence, offense, claim or suit which has been or may be reported to American Empire.

Dated: New York, New York

_____6/9/_____, 2022

By: _____
United States District Judge

This document was entered on the docket on _____.